AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Luis Alonso Garcia, | ) Case No. B-8082MJ |
| a.k.a.: Luis Alonso Garcia-Coronado, | ) |
| (A 092 522 101) | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 19, 2018, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Luis Alonso Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 30, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:
**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Javier M. Leon,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 20, 2018

_____
*Judge's signature*

City and state:  Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Javier M. Leon, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On March 19, 2018, Luis Alonso Garcia was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Garcia was examined by ICE Officer D. Rayner who determined Garcia to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On March 19, 2018, Garcia was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Garcia was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Luis Alonso Garcia to be a citizen of Mexico and a previously deported criminal alien. Garcia was removed from the United States to Mexico through Nogales, Arizona, on or about October 30, 2012, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Garcia in any Department of Homeland Security database to suggest that he

2

obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Luis Alonso Garcia was convicted of Conspiracy to Commit Possession of Marijuana for Sale, a felony offense, on September 22, 2011, in the Superior Court of Arizona, Maricopa County. Garcia was sentenced to one (1) year of incarceration and two (2) years' probation. Garcia's criminal history was matched to him by electronic fingerprint comparison.

5. On March 19, 2018, Luis Alonso Garcia was advised of his constitutional rights. Garcia freely and willingly agreed to provide a statement under oath. Garcia stated that his true and complete name is "Luis Alonso Garcia," and that he is a citizen of Mexico. Garcia stated that he illegally entered the United States on or about "2013 or 2014," through "Sonoita," without inspection by an immigration officer. Garcia further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about March 19, 2018, Luis Alonso Garcia, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 30, 2012, and not having obtained the express

3

consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Javier M. Leon,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 20th day of March, 2018.

John Z. Boyle,
United States Magistrate Judge

4